John Joseph Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 E Warner Road, Suite 106
Tempe, Arizona  85284
Voice:    (480) 820-0800
Fax:      (480) 820-3575
E-mail:   joe@volinlaw.com
E-mail:   tpham@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| HOWARD RICHARD VEAL, JR. and SHELLI AYESHA VEAL, | Case No. 2-09-bk-14808 RJH |
| Debtors. | MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATION RE: AMENDED CHAPTER 13 PLAN |

Debtors, Howard Richard Veal, Jr. and Shelli Ayesha Veal, through their attorneys, respectfully request the Court grant an extension of time until April 6, 2010 to comply with the Trustee's Evaluation and Recommendation Report ("Recommendation") Re: Amended Chapter 13 Plan. Debtors' counsel requests this extension as additional time is required to prepare an amended plan or stipulated order.

WHEREFORE, Debtors respectfully request an extension of time until April 6, 2010, to comply with the Trustee's Recommendation and file either an Amended Chapter 13 Plan or submit a proposed Stipulated Order Confirming First Amended Plan, as appropriate.

DATED: March 19, 2010          JOHN JOSEPH VOLIN, P.C.


                               /s/  TP, #026088
                          By:  John J. Volin, #09880
                               Trucly Pham, #026088
                               2033 East Warner Road
                               Suite 106
                               Tempe, Arizona 85284
                               Attorneys for Debtors

Copy of the foregoing
mailed 3/19/2010, to:

Edward J. Maney
Chapter 13 Trustee
PO Box 10434
Phoenix AZ  85064

 /s/ TP,  #026088
Trucly Pham